B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## WDNC Wilkesboro Div. Chap. 11

In re   Wallace Leon Lewis, Jr.        Case No.  11-51536

Debtor(s)        Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Asion, Luis<br>c/o Manuel L. Crespo, attorney<br>Kendall Office Killian Prof Village<br>10765 SW 104 Street<br>Miami, FL 33176 | Asion, Luis<br>c/o Manuel L. Crespo, attorney<br>Kendall Office Killian Prof Village<br>Miami, FL 33176 | Complaint filed for breach of oral contract to loan and repay money in Dade County, FL | Unliquidated Disputed | 300,000.00 |
| Asset Acceptance LLC<br>Attn: Bankruptcy<br>P. O. Box 2036<br>Warren, MI 48090 | Asset Acceptance LLC<br>Attn: Bankruptcy<br>P. O. Box 2036<br>Warren, MI 48090 | Factoring company Wachovia card services | | 17,018.00 |
| Bank Of America<br>P. O. Box 17054<br>Wilmington, DE 19850 | Bank Of America<br>P. O. Box 17054<br>Wilmington, DE 19850 | Credit card | | 19,821.00 |
| Bauman, Hiram Lee<br>1736 Wakeena Drive<br>Miami, FL 33133 | Bauman, Hiram Lee<br>1736 Wakeena Drive<br>Miami, FL 33133 | personal loan | | 45,000.00 |
| Bazan, John<br>123 Glen Eagle Circle<br>Naples, FL 34104 | Bazan, John<br>123 Glen Eagle Circle<br>Naples, FL 34104 | personal loan | | 35,000.00 |
| Blythe, Steve and Donna<br>1403 North Greenway Drive<br>Miami, FL 33134 | Blythe, Steve and Donna<br>1403 North Greenway Drive<br>Miami, FL 33134 | personal loan | | 580,000.00 |
| Busot, Aldo C.<br>819 North Greenway Drive<br>Miami, FL 33134 | Busot, Aldo C.<br>819 North Greenway Drive<br>Miami, FL 33134 | personal loan | | 16,000.00 |
| Cadillac, Williamson<br>7815 S.W. 104 Street<br>Miami, FL 33156 | Cadillac, Williamson<br>7815 S.W. 104 Street<br>Miami, FL 33156 | personal loan | | 30,000.00 |
| Carroll, Ray<br>2805 Horshoe Drive, South<br>Naples, FL 34104 | Carroll, Ray<br>2805 Horshoe Drive, South<br>Naples, FL 34104 | professional fees | | 30,000.00 |
| Caruana, Albert<br>44 West Flaglen Street, Suite 1000<br>Miami, FL 33130 | Caruana, Albert<br>44 West Flaglen Street, Suite 1000<br>Miami, FL 33130 | attorney fees | | 16,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Wallace Leon Lewis, Jr.                                                                 Case No.  11-51536
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CitiBank<br>c/o Asset Acceptance LLC<br>P.O. Box 2036<br>Warren, MI 48090 | CitiBank<br>c/o Asset Acceptance LLC<br>P.O. Box 2036<br>Warren, MI 48090 | credit card | | 97,803.00 |
| Espin, Joaquin<br>1506 S.W. 66 Court<br>Miami, FL 33144 | Espin, Joaquin<br>1506 S.W. 66 Court<br>Miami, FL 33144 | personal loan | | 25,000.00 |
| Fernandez, Michael R.<br>3560 Kraft Road, Suite 301<br>Naples, FL 34105 | Fernandez, Michael R.<br>3560 Kraft Road, Suite 301<br>Naples, FL 34105 | business loan | | 117,931.00 |
| Planning Development Inc.<br>c/o Michael Fernandez, President<br>3560 Kraft Road, Suite 301<br>Naples, FL 34105 | Planning Development Inc.<br>c/o Michael Fernandez, President<br>3560 Kraft Road, Suite 301<br>Naples, FL 34105 | Florida land sale project planning and development | | 104,317.00 |
| USAA Savings Bank<br>P.O. Box 47504<br>San Antonio, TX 78265 | USAA Savings Bank<br>P.O. Box 47504<br>San Antonio, TX 78265 | Credit card | | 53,888.00 |
| Wachovia Bank<br>P.O. Box 50014<br>Roanoke, VA 24040 | Wachovia Bank<br>P.O. Box 50014<br>Roanoke, VA 24040 | deficiency from short sale of Miami, FL, condominium | | 415,168.00 |
| Wachovia Bank<br>P.O. Box 50014<br>Roanoke, VA 24040 | Wachovia Bank<br>P.O. Box 50014<br>Roanoke, VA 24040 | deficiency from short sale of Miami, FL, house | | 28,362.00 |
| Wayland, Ross<br>7400 S.W. 61st Street<br>Miami, FL 33143 | Wayland, Ross<br>7400 S.W. 61st Street<br>Miami, FL 33143 | personal loan | | 1,300,000.00 |
| Wells Fargo Business<br>P. O Box 29482<br>Phoenix, AZ 85038 | Wells Fargo Business<br>P. O Box 29482<br>Phoenix, AZ 85038 | unsecured business line of credit | | 51,178.00 |
| William Reese<br>2600 Douglas Road, Suite 304<br>Miami, FL 33134 | William Reese<br>2600 Douglas Road, Suite 304<br>Miami, FL 33134 | personal loan | | 50,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Wallace Leon Lewis, Jr., the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  December 21, 2011                    Signature  /s/ Wallace Leon Lewis, Jr.
                                                      Wallace Leon Lewis, Jr.
                                                      Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.